IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY ERWIN, *Administrator of the Estate of James C. West,*<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ERIC T. CARTER, JR. and<br>STEVENS TRANSPORT, Inc.,<br><br>　　　　　Defendants. | Case No. 24-cv-842 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 2/9/2026**　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　s/ Tina Gray, Deputy Clerk


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**